MARY LYNCH, Respondent, v. VIM RADIO CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

MINNIE BUDOW, as Administratrix, etc., of HERMAN BUDOW, Deceased, Respondent, v. METROPOLITAN DISTRIBUTORS, INC., and HENRY KELLY & SONS, INC., Appellants.— Judgment unanimously reversed and a new trial ordered, with costs to the appellants to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $31,349.82; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

ELSIE NEWMAN, Respondent, v. HELEN SILVERSTONE, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

JOHN SCRIMA, as Limited Administrator, etc., of MICHAEL SCRIMA, Deceased, Appellant, Respondent, v. LOUIS CRASSI, True Name LOUIS CRESCI, Also Known as LUIGI CRISCI, Respondent, Appellant.— Judgment unanimously affirmed, with costs to the defendant. Appeal from order denying leave to serve an amended answer dismissed. Since the judgment upon the main appeal has been unanimously affirmed, the cross-appeal by the defendant, from the order denying leave to serve an amended answer, should be dismissed. However, no costs will be imposed against defendant as the court is of the opinion that the application at Special Term, under the circumstances, should have been granted. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

MILLIE GILBERT and WILLIAM GILBERT, Respondents, v. CONCOURSE REALTY CORPORATION, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict was against the weight of the credible evidence. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

A. M. HAZELL, INC., Respondent, v. THE CITY OF LONG BEACH, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

MURPHY & JORDAN, INC., Respondent, v. HAROLD M. HESS, as Secretary and Manager of the NEW YORK FIRE INSURANCE EXCHANGE, and Another, Appellants. — Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Glennon, Untermyer, Dore and Cohn, JJ.

HARRY BITTERMAN, Respondent, v. FRANK RUBENSTEIN STORES CORP., a Louisiana Corporation, and Another, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Glennon, Untermyer, Dore and Cohn, JJ.

CLARA W. ANSBACHER, Suing Individually and on Behalf of All Others Similarly Situated Who May Come in and Contribute to the Expense of This Action, Appellant, v. THE NEW YORK TRUST COMPANY, Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Glennon, Untermyer, Dore and Cohn, JJ.

HENRY LONDON CORPORATION and RICHARD I. EPSTEIN, Respondents, v. CUSHMAN'S SONS, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Glennon, Untermyer, Dore and Cohn, JJ.